UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 2:20 CR 153-PPS/APR |
| BRYAN ALLEN OSBORNE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Bryan Allen Osborne's agreement to enter a plea of guilty to Count 1 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 29, 32.] Following a hearing on the record on August 13, 2021 [DE 32], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the indictment charging him with possession with intent to distribute a mixture or substance containing 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a). Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties waived objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Bryan Allen Osborne's plea of guilty, to which the parties waived objection, the Court hereby ADOPTS the findings and recommendation [DE 32] in their entirety.

Defendant Bryan Allen Osborne is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is SET for January 11, 2022, at 1:00 p.m. Hammond/Central time.

ENTERED: August 26, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT